IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LLOYD DEWAYNE BOWYER,

    Plaintiff,

v.

LETICI M. ARRAZOLA-KINSLOW,

    Defendant.

CIVIL ACTION NO.: 420-mc-1

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's October 23, 2020, Report and Recommendation. (Doc. 7). Defendant has filed a notice with the Court that she does not object to the Report and Recommendation and desires to withdraw her Emergency Motion for the Issuance of a Subpoena. (Doc. 8). As no party objects to the recommendation of the Magistrate Judge, the Court **ADOPTS** the Report and Recommendation as its opinion and defendant's motion is **DENIED.** (Doc. 2). Furthermore, though a formal motion has not been filed, defendant's withdrawal of her motion is an alternate independent ground for disposing of this matter. Therefore, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 18th day of December, 2020.

*/s/ R. Stan Baker*
_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA